# First District Court of Appeal
## State of Florida

————————————————

No. 1D2022-0384

————————————————

JEFFERY JEROME GORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

On appeal from the County Court for Alachua County.
Thomas M. Jaworski, Judge.

May 3, 2024

PER CURIAM.

AFFIRMED.

BILBREY, NORDBY, and TANENBAUM, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Jessica J. Yeary, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Zachary Lawton, Assistant Attorney General, Tallahassee, for Appellee.